NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CORRINE CHISM,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7002

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 09-2210, Judge William A. Moorman.

---

**JUDGMENT**

---

DAVID E. BOELZNER, Goodman, Allen & Filetti, of Richmond, Virginia, argued for claimant-appellant.

L. MISHA PREHEIM, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and BRIAN M. SIMKIN, Assistant Director. Of counsel was LAUREN A. WEEMAN, Trial Attorney. Of counsel on the brief were MICHAEL J. TIMINSKI, Deputy Assistant General Counsel and DANA RAFFAELLI, Attorney, United States Department of Veterans Affairs, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, MAYER and SCHALL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>July 13, 2012</td><td>/s/ Jan Horbaly</td></tr>
<tr><td>Date</td><td>Jan Horbaly</td></tr>
<tr><td></td><td>Clerk</td></tr>
</table>